FILED
CLERK, U.S. DISTRICT COURT

DEC 14, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

William J. Drayton,

          Plaintiff,

v.

Eastlink Productions, Inc.., et al.,

          Defendants.

17-cv-06408 VAP (PJWx)

**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

    On August 29, 2017, Plaintiff William J. Drayton ("Plaintiff") filed a complaint against defendants Eastlink Productions, Inc., Gary Rinaldo, Slamjamz Records, Reach Music Publishing, Inc., Carlton Ridenhour, Clifton Greg Johnson, Xexcutive Music Group LLC, and Sounddome Entertainment Inc. (Doc. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing — November 27, 2017 here.

    To date, Plaintiff has only filed a Proof of Service as to one of the eight defendants, Defendant Gary Rinaldo. (Doc. No. 22.) No Proof of Service has been filed indicating the other seven defendants have been served.[1] Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than December 28, 2017 why the Complaint should not be dismissed without prejudice for failure to

---

[1] A joint stipulation to extend time to respond to the Complaint filed by Plaintiff and Defendant Reach Music Publishing ("Reach") states Plaintiff served his complaint upon Reach on September 7, 2017. (Doc. No. 14.) No proof of service was filed with the Court.

1

prosecute as to defendants Eastlink Productions, Inc., Slamjamz Records, Reach Music Publishing, Inc., Carlton Ridenhour, Clifton Greg Johnson, Xexcutive Music Group LLC, and Sounddome Entertainment Inc.

**IT IS SO ORDERED.**

Dated:  12/14/17

/s/ Virginia A. Phillips
Virginia A. Phillips
Chief United States District Judge