FILED
CLERK, U.S. DISTRICT COURT
JAN 2, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

William J. Drayton,

        Plaintiff,

v.

Eastlink Productions, Inc. et al.,
        Defendant.

2:17-cv-06408 VAP (PJWx)

**Judgment in Favor of Defendant Carlton Ridenhour**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's January 2, 2019 Order Granting Defendant Carlton Ridenhour's Motion for Summary Judgment (Doc. No. 131), IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE as to Defendant Carlton Ridenhour. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   1/2/19

                      Virginia A. Phillips
                      Chief United States District Judge