UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

closed

FILED
CLERK, U.S. DISTRICT COURT
JUL 2, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

William J. Drayton,

    Plaintiff,

v.

Eastlink Productions, Inc. et al.,

    Defendant.

2:17-cv-06408-VAP-PJWx

# JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Order Granting Plaintiff's Motion for Attorneys' Fees, judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $6,532.50 in attorneys' fees.

**IT IS SO ORDERED.**

Dated: 7/2/19

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge

1